1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  CHRISTOPHER J. PATTOCK (#009797)
   Trial Attorney
4  230 N. 1st Ave., #204
   Phoenix, Arizona  85003-1706
5  (602) 682-2600 (telephone)
   (602) 514-7270 (facsimile)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| THOMAS E. NAVARRO, and SHARLENE NAVARRO, | No. 0:09-bk-14500-RJH |
| Debtors. | NOTICE OF LODGING ORDER |

PLEASE TAKE NOTICE that the United States Trustee has lodged a proposed form of order in the above captioned matter requiring responses and the appearances in court of: Daniel Gukeisen, Esq.; Kimberly Richter; a principal of Bankruptcy Helpers, Inc.; and Kirk Guinn, Esq., on a date and time certain to show cause as to why: Bankruptcy Helpers should not be determined to be a Bankruptcy Petition Preparer within the meaning of 11 U.S.C. § 110; why the aforesaid persons and entities should not be subject to sanctions under 11 U.S.C. § 110 for multiple violations of same; why the aforesaid persons and entities should not be directed to disgorge all fees paid them by the Debtors; why the aforesaid persons and entities should not be subject to appropriate injunctive relief, including the ability to practice before the Bankruptcy Court; why attorneys Daniel Gukeisen and/or Kirk Guinn should not be referred to the State Bar of Arizona for appropriate disciplinary proceedings; and why any other additional sanctions or remedial measures should not be imposed

against any or all of these persons and entities.

A copy of the proposed form of order is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 28th day of November, 2009.

                            ILENE J. LASHINSKY
                            United States Trustee
                            District of Arizona

                            CHRISTOPHER J. PATTOCK
                            Trial Attorney

| | |
|---|---|
| 1 | Copies of the foregoing Notice of Lodging and the attached |
| 2 | Exhibit A (form of order) mailed on the 30th day of November, 2009, to: |
| 3 | |
| 4 | Daniel Gukeisen, Esq.<br>522 W. Culver St<br>Phoenix, AZ 85003-1231 |
| 5 | |
| 6 | Daniel Gukeisen, Esq.<br>Gukeisen Law Group<br>430 W. 1st St, #102 |
| 7 | Tempe, AZ 85281 |
| 8 | Kimberly Richter<br>430 W. 1st St, #102 |
| 9 | Tempe, AZ 85281 |
| 10 | Bankruptcy Helpers, Inc.<br>430 W. 1st St, #102 |
| 11 | Tempe, AZ 85281 |
| 12 | Kirk Guinn, Esq.<br>2733 N Power Road, Suite 102-267 |
| 13 | Mesa, AZ 85215-1683 |
| 14 | Gregory A. Ring, Esq.<br>820 Gemstone Ave. |
| 15 | Bullhead City, AZ 86442-6431 |
| 16 | Thomas E. Navarro<br>Sharlene Navarro |
| 17 | P.O. Box 1507<br>Mesquite, NV 89024 |
| 18 | |
| 19 | Lee Horner, Esq.<br>Goldstein, Horner & Horner<br>P.O. Box 2665 |
| 20 | Cortaro, AZ 85652-2665 |
| 21 | William E. Pierce<br>P.O. Box 429 |
| 22 | Chino Valley, AZ 86323-0429 |
| 23 | _____ |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**EXHIBIT A**

```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Trial Attorney
 4  230 N. 1st Ave., #204
    Phoenix, Arizona  85003-1706
 5  (602) 682-2600 (telephone)
    (602) 514-7270 (facsimile)
 6

 7

 8

 9                  IN THE UNITED STATES BANKRUPTCY COURT

10                       FOR THE DISTRICT OF ARIZONA

11  In re:                          )  Chapter 7
                                    )
12  THOMAS E. NAVARRO, and          )  No. 0:09-bk-14500-RJH
    SHARLENE NAVARRO,               )
13                                  )  ORDER TO SHOW CAUSE
                                    )
14                 Debtors.         )

15  TO: Daniel Gukeisen, 522 W. Culver St, Phoenix, AZ 85003-1231, and
    430 W. 1st St, #102, Tempe, AZ 85281; Kimberly Richter, 430 W. 1st St,
16  #102, Tempe, AZ 85281; a principal of Bankruptcy Helpers, Inc., 430 W.
    1st St, #102, Tempe, AZ 85281; and Kirk Guinn, Esq., 2733 N Power
17  Road, Suite 102-267, Mesa, AZ 85215-1683
```

THIS MATTER having come on duly for consideration upon the United States Trustee's Application for an Order to Show Cause in the above-entitled case regarding the failure of any or all of the above named individuals or entities to comply with various provisions of the Bankruptcy Code and certain Rules of Ethics, it is now, therefore:

ORDERED that Daniel Gukeisen, Kimberly Richter, a principal of Bankruptcy Helpers, Inc., and Kirk Guinn, Esq shall all appear at **Mohave County Superior Court, 2225 Trane Road, Courtroom R, Bullhead City, AZ 86442 on January 4, 2010 at 10:00 a.m.** before the undersigned Judge and show cause as to why: Bankruptcy Helpers should not be determined to be a Bankruptcy Petition Preparer within the meaning of

11 U.S.C. § 110; why the aforesaid persons and entities should not be subject to sanctions under 11 U.S.C. § 110 for multiple violations of same; why the aforesaid persons and entities should not be directed to disgorge all fees paid them by the Debtors; why the aforesaid persons and entities should not be subject to appropriate injunctive relief, including the ability to practice before the Bankruptcy Court; why attorneys Daniel Gukeisen and/or Kirk Guinn should not be referred to the State Bar of Arizona for appropriate disciplinary proceedings; and why any other additional sanctions or remedial measures deemed appropriate by this Court should not be imposed against any or all of these persons and entities.

IT IS FURTHER ORDERED that Daniel Gukeisen, Kimberly Richter, Bankruptcy Helpers, Inc., and Kirk Guinn shall each file Responses to the United States Trustee's Application for Order to Show Cause no later than **December 21, 2009**, failing which relief may be entered against each or all of said persons at the discretion of the Court.

**DATED AND SIGNED ABOVE.**

H:\LODG-OSC-ORD-BankruptcyHelpers.wpd