```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Trial Attorney
 4  230 N. 1st Ave., #204
    Phoenix, Arizona  85003-1706
 5  (602) 682-2600 (telephone)
    (602) 514-7270 (facsimile)
 6
```

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 10, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) Chapter 7 |
|---|---|
| THOMAS E. NAVARRO, and SHARLENE NAVARRO, | ) Case No. 0:09-bk-14500-RJH )  ) ORDER REOPENING CASE |
| Debtors. | ) |

The United States Trustee, having filed a motion seeking reopening of this case pursuant to the authority of 11 U.S.C. § 350(b) and Fed. R. Bank. P. 5010, and it having been demonstrated that doing so will accord relief to the debtor, and also that additional cause exists,

IT IS HEREBY ORDERED that this case is reopened and that the Clerk's Office is hereby directed to effect that result.

**DATED AND SIGNED ABOVE.**