# Notice Recipients

District/Off: 0970−0    User: mgarcia    Date Created: 11/30/2009
Case: 0:09−bk−14500−RJH    Form ID: pdf006    Total: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| tr | WILLIAM E. PIERCE | |
| aty | CHRISTOPHER J PATTOCK | Christopher.J.Pattock@usdoj.gov |
| aty | DAN GUKEISEN | localbankruptcyoffice@yahoo.com |
| aty | DAN 1 GUKEISEN | localbankruptcyoffice@yahoo.com |
| aty | MARK 1 BOSCO | ecf@tblaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | THOMAS E NAVARRO | PO BOX 1507 | MESQUITE, NV 89024 |
| jdb | SHARLENE NAVARRO | PO BOX 1507 | MESQUITE, NV 89024 |

TOTAL: 2