ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
(602) 682-2600

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THOMAS E. NAVARRO and | ) | Case No. 0-09-14500-RJH |
| SHARLENE NAVARRO, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Debtors. | ) | AND MAILING |
| _____ | ) | |

I, Coleen Craig, a legal clerk in the Office of the United States Trustee, declare that on December 3, 2009, I caused to be placed in the United States mail, first class, postage prepaid, the following items:

1) **Signed Copy of the Order to Show Cause (to Daniel Gukeisen, Kimberly Richter, Bankruptcy Helpers, Inc., and Kirk Guinn, Esq.**)

To:

Daniel Gukeisen
522 W. Culver St.
Phoenix, AZ 85003-1231

Daniel Gukeisen
430 W. 1st St, #102
Tempe, AZ 85281

```
 1  Kimberly Richter
    430 W. 1st St., #102
 2  Tempe, AZ 85281

 3  Bankruptcy Helpers, Inc.
    430 W. 1st St., #102
 4  Tempe, AZ 85281

 5  Kirk Guinn, Esq.
    2733 N. Power Road, Suite 102-267
 6  Mesa, AZ 85215-1683

 7
            RESPECTFULLY SUBMITTED this 4th day of December, 2009.
 8

 9
                                    /s/ Coleen Craig
10                                  COLEEN CRAIG
                                    Legal Clerk
11
```