**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: December 17, 2009**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
(602) 271-7700
Donald Wilson, Jr. (005205)
Sarah L. Barnes (020362)
dwj@bowwlaw.com
slb@bowwlaw.com
sls
Attorneys for Attorney Gukeisen

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA (YUMA)

In re:

THOMAS E. NAVARRO
SHARLEEN NAVARRO,

Debtors,

**Case No.  0:09-bk-14500-RJH**

**Chapter 7**

**ORDER RE BRIEF EXTENSION**

      Having considered counsel Donald Wilson, Jr.'s Request for Brief Extension,

and good cause appearing,

      IT IS ORDERED granting counsel Donald Wilson, Jr.'s request and that Mr.

Gukeisen's Response to the Application for Order to Show Cause will be due on December

23, 2009.