ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. 1st Ave., #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (telephone)
(602) 514-7270 (facsimile)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THOMAS E. NAVARRO, and SHARLENE NAVARRO, | ) ) ) | No. 2:09-bk-14500-RJH |
| | ) ) | NOTICE OF LODGING TEMPORARY RESTRAINING ORDER |
| Debtors. | ) ) ) | |

PLEASE TAKE NOTICE that the United States Trustee for the District of Arizona, Region 14, has lodged a proposed Temporary Restraining Order.

A hearing on the Court's Order to Show Cause", dated December 2, 2009 was held on January 7, 2009. *See* docket numbers 31 and 49, respectively. That Order was issued pursuant to the United States Trustee's "Application for Order to Show Cause," filed on November 6, 2009. *See* docket number 26. Responses to said Application were filed, through counsel, by: Bankruptcy Helpers Inc. and Kimberly Richter; Daniel R. Gukeisen; and Kirk A. Guinn. *See* docket numbers 44, 45 and 46, respectively.

After hearing oral argument at the January 9, 2009 hearing, the Court granted a Temporary Restraining Order and directed the United States Trustee to draft and lodge a form of order. A copy of

the proposed form of order is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 8th day of January, 2010.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


CHRISTOPHER J. PATTOCK
Trial Attorney

Copies of the foregoing and the
attached Exhibit A mailed
on the 8th day of January, 2010, to:

Brian Holohan, Esq.
P.O. Box 4035
Phoenix, AZ 85030-4035

Donald Wilson, Jr., Esq.
Sarah L. Barnes, Esq.
Broening Oberg Woods & Wilson
P.O. Box 20527
Phoenix, AZ 85036

Mark I. Harrison, Esq.
Jason J. Romero, Esq.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793

Daniel Gukeisen, Esq.
522 W. Culver St
Phoenix, AZ 85003-1231

Daniel Gukeisen, Esq.
Gukeisen Law Group
430 W. 1st St, #102
Tempe, AZ 85281

Kimberly Richter
430 W. 1st St, #102
Tempe, AZ 85281

Bankruptcy Helpers, Inc.
430 W. 1st St, #102
Tempe, AZ 85281

Kirk Guinn, Esq.
2733 N Power Road, Suite 102-267
Mesa, AZ 85215-1683

Gregory A. Ring, Esq.
820 Gemstone Ave.
Bullhead City, AZ 86442-6431

```
 1  Thomas E. Navarro
    Sharlene Navarro
 2  P.O. Box 1507
    Mesquite, NV 89024
 3
    Lee Horner, Esq.
 4  Goldstein, Horner & Horner
    P.O. Box 2665
 5  Cortaro, AZ 85652-2665

 6  William E. Pierce
    P.O. Box 429
 7  Chino Valley, AZ 86323-0429

 8  _____

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**EXHIBIT A**

```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Trial Attorney
 4  230 N. 1st Ave., #204
    Phoenix, Arizona  85003-1706
 5  (602) 682-2600 (telephone)
    (602) 514-7270 (facsimile)
 6

 7

 8

 9              IN THE UNITED STATES BANKRUPTCY COURT

10                    FOR THE DISTRICT OF ARIZONA

11  In re:                      )  Chapter 11
                                )
12  THOMAS E. NAVARRO, and      )  No. 2:09-bk-14500-RJH
    SHARLENE NAVARRO,           )
13  _____ )  TEMPORARY RESTRAINING ORDER
                                )
14              Debtors.        )

15          The Court having issued an Order on December 2, 2009

16  directing Daniel R. Gukeisen, Bankruptcy Helpers Inc., Kimberly

17  Richter, and Kirk Guinn to show cause at a hearing on January 9,

18  2009 as to why certain sanctions should not be imposed against any

19  or all of them, including, but not limited to, appropriate

20  injunctive relief, and the Court having considered the Application

21  for Order to Show Cause filed by the United States Trustee, the

22  responsive pleadings filed thereto by Daniel R. Gukeisen, Bankruptcy

23  Helpers Inc., Kimberly  Richter, and Kirk Guinn, and the

24  representations made by all of the aforesaid parties through their

25  respective attorneys at the January 9, 2009 hearing, in addition to

26  the entire record of this case, and good cause appearing,

27          **IT IS HEREBY ORDERED** that Bankruptcy Helpers Inc., by and

28  through its principals and managing agents, including, but not
```

| | |
|---|---|
| 1 | limited to, Daniel R. Gukeisen and Kimberly Richter, are directed to |
| 2 | remove from the Internet and take down any and all advertising |
| 3 | websites for Bankruptcy Helpers, Inc., including, but not limited |
| 4 | to, its website at the Internet Address of: www.wantafreshstart.com. |
| 5 | **IT IS FURTHER ORDERED** that the effect of this Order is |
| 6 | temporary, pending an evidentiary hearing to be held on January 19, |
| 7 | 2009, 3:00 p.m., at 230 N. First Avenue, Courtroom Number 603, |
| 8 | Phoenix, Arizona, at which time this Court will consider and |
| 9 | determine whether it will be appropriate to extend, expand, and/or |
| 10 | terminate the effect of this Order. |
| 11 | **DATED AND SIGNED ABOVE.** |