ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. 1st Ave., #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (telephone)
(602) 514-7270 (facsimile)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| THOMAS E. NAVARRO, and ) | Case No. 0:09-bk-14500-RJH |
| SHARLENE NAVARRO, ) | |
| ) | JOINT RULE 7026(f)(3) |
| ) | DISCOVERY PLAN |
| Debtors. ) | |

Pursuant to this Court's direction on January 7, 2010[1] to file a Discovery Plan by January 29, 2010, and as subsequently extended pursuant to the parties' joint motion filed on January 29, 2010[2], the United States Trustee for the District of Arizona, Region 14 ("UST"), Daniel Gukeisen, Kimberly Richter, Bankruptcy Helpers, Inc., and Kirk Guinn, by and through their respective attorneys, submit their Rule 7026(f)(3) Joint Discovery Plan.

1.  Subpart (A), what changes should be made in the timing, form, or requirements for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made: **No changes are proposed, and the initial disclosures have already been made.**

2.  Subpart (B), the subjects on which discovery may be

---

[1] *See* minute entry dated January 7, 2010, at docket number 49.

[2] *See* docket number 63.

needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues: **The proposed subjects are those set forth in this Court's Order to Show Cause, dated December 2, 2009. The UST has suggested, and all other parties strongly agree, that because of the substantial amount of anticipated discovery, including but not limited to as many as a dozen depositions, that discovery be completed in no less than 120 days. At this time the parties do not believe that discovery should be conducted in phases or limited to or focused on particular issues.**

3. Subpart [C], any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced: **No issues at this time.**

4. Subpart (D), any issues about claims of privilege or of protection as trial-preparation materials, including - if the parties agree on a procedure to assert these claims after production - whether to ask the court to include their agreement in an order: **No issues at this time.**

5. Subpart (D), what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed: **The parties propose that response times for interrogatories, requests for production, and requests for admissions be reduced to twenty (20) days after receipt (except to the extent affected or limited by any applicable Federal Statute or Regulation, such as F.O.I.A.), but only if the interrogatories, requests for production, and/or requests for admissions are served by hand-delivery or e-mail,**

1       6. Subpart (F), any other order that the court should issue under Rule 26[c] or under Rule 16(b) and [c]: **The parties propose that non-court filings may be served by e-mail.**

    RESPECTFULLY SUBMITTED this 10th day of February, 2010.

               ILENE J. LASHINSKY
               United States Trustee
               District of Arizona

               By:/s/Christopher J. Pattock
               Christopher J. Pattock
               Trial Attorney

    RESPECTFULLY SUBMITTED this 10th day of February, 2010.

               BRIAN HOLOHAN, LTD.

               By:/s/Brian Holohan
               Brian Holohan
               Attorney for Bankruptcy
               Helpers, Inc. and Richter

    RESPECTFULLY SUBMITTED this 10th day of February, 2010.

               BROENING OBERG WOODS
               & WILSON, P.C.

               By:/s/Donald Wilson, Jr.
               Donald Wilson, Jr.
               Sarah L. Barnes
               Attorneys for Daniel Gukeisen

    RESPECTFULLY SUBMITTED this 10th day of February, 2010.

               OSBORN MALEDON, P.A.

               By:/s/Jason Romero
               Jason Romero
               Mark I. Harrison
               Attorneys for Kirk Guinn

```
 1  Copies of the foregoing mailed on
    the 11th day of February, 2010 to:
 2
    Brian Holohan, Esq.
 3  P.O. Box 4035
    Phoenix, AZ 85030-4035
 4
    Donald Wilson, Jr., Esq.
 5  Sarah L. Barnes, Esq.
    Broening Oberg Woods & Wilson
 6  P.O. Box 20527
    Phoenix, AZ 85036
 7
    Mark I. Harrison, Esq.
 8  Jason J. Romero, Esq.
    2929 North Central Avenue, Suite 2100
 9  Phoenix, AZ 85012-2793

10  Daniel Gukeisen, Esq.
    522 W. Culver St
11  Phoenix, AZ 85003-1231

12  Daniel Gukeisen, Esq.
    Gukeisen Law Group
13  430 W. 1st St, #102
    Tempe, AZ 85281
14
    Kimberly Richter
15  430 W. 1st St, #102
    Tempe, AZ 85281
16
    Bankruptcy Helpers, Inc.
17  430 W. 1st St, #102
    Tempe, AZ 85281
18
    Kirk Guinn, Esq.
19  2733 N Power Road, Suite 102-267
    Mesa, AZ 85215-1683
20
    Gregory A. Ring, Esq.
21  820 Gemstone Ave.
    Bullhead City, AZ 86442-6431
22
    Thomas E. Navarro
23  Sharlene Navarro
    P.O. Box 1507
24  Mesquite, NV 89024

25  Lee Horner, Esq.
    Goldstein, Horner & Horner
26  P.O. Box 2665
    Cortaro, AZ 85652-2665
27

28                                    4
```

```
 1  William E. Pierce
    P.O. Box 429
 2  Chino Valley, AZ 86323-0429

 3
    By:/s/Christopher J. Pattock
 4
```