# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | THOMAS E & SHARLENE NAVARRO |
| **Case Number:** | 0:09-bk-14500-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 11, 2010 01:30 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

FINAL PRE-TRIAL CONFERENCE ON ORDER TO SHOW CAUSE WHY BANKRUPTCY HELPERS, KIRK GUINN, KIMBERLY RICHTER & DANIEL GUKEISEN SHOULD NOT BE DETERMINED TO BE A BANKRUPTCY PETITION PREPARER & SUBJECT TO SANCTIONS & DISGORGEMENT OF FEES

**R / M #:**  0 / 0

### Appearances:

DON WILSON, ATTORNEY FOR GUKEISEN FIRM
CHRIS PATTOCK, ATTORNEY FOR US TRUSTEE
JASON ROMERO, ATTORNEY FOR KIRK GUINN

### Proceedings:

Mr. Pattock requested a 30 day continuance advising parties are discussing settlement.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO APRIL 7, 2010 AT 10:00 AM.