LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
(602) 271-7700
Donald Wilson, Jr. (005205)
dwj@bowwlaw.com
sls
Attorneys for Attorney Gukeisen

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA (YUMA)

| | |
|---|---|
| In re:<br><br>THOMAS E. NAVARRO<br>SHARLEEN NAVARRO,<br><br>Debtors, | **Case No. 0:09-bk-14500-RJH**<br><br>**Chapter 7**<br><br>**NOTICE OF PAYMENT** |

Notice is hereby given that the payment contemplated in paragraph 10 of the Order approving Stipulation between United States Trustee, Daniel Gukeisen, Kimberly Richter and Bankruptcy Helpers, Inc., which Order is dated June 3, 2010, has been satisfied by providing an instrument in the appropriate amount made payable to the Debtors. The instrument has been transmitted directly to the Office of Attorney for the United States Trustee, Christopher J. Pattock.

RESPECTFULLY SUBMITTED this 28th day of June, 2010.

BROENING OBERG WOODS & WILSON, P.C.


By /s/ Donald Wilson, Jr.
    Donald Wilson, Jr.
    Post Office Box 20527
    Phoenix, Arizona 85036
    Counsel for Attorney Gukeisen

/ / /

/ / /

1 | Copy of the foregoing mailed on this 28_
  | day of June, 2010 to:
2 |
  | William E. Pierce
3 | P. O. Box 429
  | Chino Valley, AZ  86323-0429
  | Trustee
4 |
  | Christopher J. Pattock
5 | Office of the U.S. Trustee
  | 230 N. First Avenue, #204
6 | Phoenix, AZ  85003-1706
  | Attorney for Trustee
7 |
  | Thomas and Sharlene Navarro
8 | P.O. Box 1507
  | Mesquite, NV  89024
9 |
10 | /s/ Shari Swartz